IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02605-BNB

PAUL D. THOMPSON,

    Plaintiff,

v.

TRANS UNION INTERACTIVE,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2011

GREGORY C. LANGHAM
                  CLERK

---

ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 14, 2011, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02605-BNB

Paul D Thompson
33040 Poudre Canyon Hwy
Bellvue, CO 80512

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk