IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02605-RBJ-KLM

PAUL D. THOMPSON,

    Plaintiff,

v.

TRANS UNION INTERACTIVE

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: October 19, 2011

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02605-RBJ-KLM

Paul D. Thompson
33040 Poudre Canyon Hwy
Bellvue, CO 80512

US Marshal Service
Service Clerk
Service forms for: Trans Union Interactive

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Trans Union Interactive: COMPLAINT FILED 10/05/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 20, 2011.

                                              GREGORY C. LANGHAM, CLERK

                                            By:_____
                                                    Deputy Clerk