IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02605-RBJ-KLM

PAUL D. THOMPSON

    Plaintiff,

v.

TRANS UNION INTERACTIVE,

    Defendant.

---

## MINUTE ORDER REGARDING DOCKET #12

Entered by Judge R. Brooke Jackson

    The Court has reviewed the parties' Stipulation of Dismissal With Prejudice [Docket #12].

    It is ORDERED that the claims and causes of action asserted by plaintiff Paul D. Thompson against defendant Trans Union LLC are dismissed with prejudice. Each party to pay their own attorneys fees and costs.

    DATED this 10th day of February, 2012.